JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIEZER DIAZ,<br>            Plaintiff,<br>     v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>            Defendant.<br>_____ | NO. EDCV 14-1704-KLS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: September 24, 2015

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1