JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIEZER DIAZ, | ) | NO. 5:14-cv-01704-KS |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
|     Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: January 17, 2019

                                          /s/ Karen L. Stevenson
                                          KAREN L. STEVENSON
                                          UNITED STATES MAGISTRATE JUDGE